

# Fourth Court of Appeals
## San Antonio, Texas

October 4, 2019

No. 04-19-00546-CV

**In the Interest of A.M.J., A.E.G., A.D.W., and A.A.G.,**

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-00875
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

     Appellant's motion for extension of time is GRANTED. Appellant's brief is due on October 9, 2019. Given the time constraints governing disposition of this appeal, further requests for extensions will be disfavored.

_____
Liza A. Rodriguez, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of October, 2019.



_____
LUZ ESTRADA,
Chief Deputy Clerk